UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff, | | |
| versus | § § | CIVIL ACTION H-05-2909 |
| | | (Claim 53417) |
| BARRY PROCTOR, | § § § | |
| Defendant. | | |

## Order of Dismissal

On the United States' Motion, this case is dismissed without prejudice.

Signed September 30, 2005, at Houston, Texas.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge